IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD MARTEZ BROWN,

          Plaintiff,

v.

RICHARD IVES, TERRY UHRINAK,
and DANIEL CHILDRESS,

          Defendants.

No. 3:18-cv-01260-SB

ORDER

HERNÁNDEZ, District Judge:

      Magistrate Judge Beckerman issued a Findings and Recommendation [44] on October 16, 2020, in which she recommends that the Court grant Defendants' motion to dismiss for failure to state a claim and terminate the appointment of Plaintiff's pro bono counsel. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [44]. Accordingly, Defendants' Motion to Dismiss [32] is GRANTED and this case is DISMISSED with prejudice. Because dismissal of the case moots the need to serve Daniel Childress, the Court TERMINATES the appointment of pro bono counsel.

IT IS SO ORDERED.

DATED:     November 20, 2020     .

*Marco Hernandez*

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER